Ira J. Kurzban (SBN: 71563)
Kurzban, Kurzban, Weinger,
Tetzeli & Pratt P.A.
2650 S.W. 27th Avenue, 2d Floor
Miami, Florida 33133
Tel. (305) 444-0060
Fax. (305) 444-3503
ira@kkwtlaw.com
Marc L. Van Der Hout (SBN: 80778)
Van Der Hout, Brigagliano
Nightingale, LLP
180 Sutter Street, 5th Floor
San Francisco, CA 94104
Tel. (415) 981-3003
Fax. (415) 981-3003
mv@vblaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| SKIVE IT, INC.; <br> ADITYA MOHAN, <br><br> Plaintiffs, <br> v. <br><br> JAMES McCAMENT, Acting Director, U.S. Citizenship and Immigration Services; <br> ELAINE DUKE, Acting Secretary, U.S. Department of Homeland Security; <br> KATHY BARAN, Director, USCIS California Service Center; <br> RON ROSENBERG, Chief, Administrative Appeals Office, <br><br> Defendants. | Case No.: 17-cv-00510-RS <br><br> [~~PROPOSED~~] **ORDER** |

Upon the Parties' Stipulation and for good cause, the Court HEREBY ADOPTS the following briefing schedule:

ORDER  1  Case No. 17-cv-00510-RS

| | | |
|---|---|---|
| 1. | Plaintiffs' Motion for Summary Judgment | January 17, 2018 |
| 2. | Defendants' Opposition and Cross-Motion | March 5, 2018 |
| 3. | Plaintiffs' Opposition and Reply | March 26, 2018 |
| 4. | Defendants' Reply | April 16, 2018 |

**SO ORDERED.**

Dated: November 14, 2017

_Richard Seeborg_
Hon. Richard Seeborg
United States District Judge